Castel, K.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TENNESSEE BYNOE,                                    :    ECF
                                                    :    17 Civ. 1967 (PKC)
                            Plaintiff,              :
                                                    :
        -against-                                   :
                                                    :
CROWN DELIVERY & LOGISTICS, INC.,                   :
TB EMPLOYMENT SERVICES, INC.,                       :
TOTAL BENEFIT MANAGEMENT, INC.,                     :
CURTIS HIGHT and JOHN DOES # 1-10,                  :
                                                    :
                            Defendants.             :
------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 8-18-2017

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to FRCP 41(a)(1)(i), given that the Parties entered into an arbitration agreement prior to the filing of the action, Plaintiff TENNESSEE BYNOE hereby voluntarily dismisses, without prejudice, all claims brought by Plaintiff against Defendants in the above captioned proceeding. This Notice of Dismissal is made without prejudice and without attorney fees, costs or any other fees to any party.

Dated: New York, New York
       August 16, 2017

                                LAW OFFICE OF WILLIAM COUDERT RAND

                                       s/William C. Rand
                                By: _____
                                    William Coudert Rand (WR 7685)
                                    501 Fifth Ave., 15th Floor
                                    New York, New York 10017
                                    Phone: (212) 286-1425
                                    Attorney for Plaintiff

*The case is closed and all motions are terminated*

**SO ORDERED:**
_____
U.S.D.J.    June 18-17